Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Rebecca R. Perez
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>█████████████ and<br>TERRY WAYNE MOORE,<br><br>Defendants. | 2:25-CR-57-MKD-2<br><br>INDICTMENT<br><br>Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846, Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) Distribution of 5 Grams or More of Actual (Pure) Methamphetamine (Counts 2-4)<br><br>21 U.S.C. § 853 Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on a date unknown, but by on or about November 2024, and continuing to April 2025, in the Eastern District of Washington, the Defendants, █████████████ and TERRY WAYNE MOORE, and other

INDICTMENT – 1

individuals both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), all in violation of 21 U.S.C. § 846.

### COUNT 2

On or about November 27, 2024, in the Eastern District of Washington, the Defendant, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, did knowingly distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

### COUNT 3

On or about December 10, 2024, in the Eastern District of Washington, the Defendant, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, did knowingly distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

### COUNT 4

On or about February 13, 2025, in the Eastern District of Washington, the Defendants, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and TERRY WAYNE MOORE, did knowingly distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) and 18 U.S.C. § 2.

INDICTMENT – 2

|   |   |
|---|---|
| 1 | NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS |
| 2 | The allegations set forth in this Indictment are hereby realleged and |
| 3 | incorporated by reference for the purpose of alleging forfeiture. |
| 4 | Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of |
| 5 | 21 U.S.C. § 841, as set forth in this Indictment, the Defendants, ▮▮▮▮▮▮ |
| 6 | ▮▮▮▮▮ and TERRY WAYNE MOORE, shall forfeit to the United States of |
| 7 | America, any property constituting, or derived from, any proceeds obtained, directly or |
| 8 | indirectly, as the result of such offense(s) and any property used or intended to be used, |
| 9 | in any manner or part, to commit or to facilitate the commission of the offense(s). |
| 10 | If any forfeitable property described above, as a result of any act or omission of |
| 11 | the Defendants: |
| 12 | |
| 13 | a.   cannot be located upon the exercise of due diligence; |
| 14 | b.   has been transferred or sold to, or deposited with, a third party; |
| 15 | c.   has been placed beyond the jurisdiction of the court; |
| 16 | d.   has been substantially diminished in value; or |
| 17 | e.   has been commingled with other property which cannot be divided without difficulty, |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |

INDICTMENT – 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this _____ day of April 2025.

A TRUE BILL

_____
Foreperson

_____
Richard R. Barker
Acting United States Attorney

_____
Rebecca R. Perez
Assistant United States Attorney

INDICTMENT – 4